# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

U.S.A. vs. Christian H. Tubbs                   Docket No. 5:14-MJ-1999-1

### Petition for Action on Probation

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christian H. Tubbs, who, upon an earlier plea of guilty to Driving While Impaired – Level 5 in violation of N.C.G.S. 20-138.1 as assimilated by 18 U.S.C. §13, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on January 7, 2015, to 12 months probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant resides in the Southern District of Mississippi and is supervised by the U.S. Probation Office in that district. The assigned officer advises that the defendant left the district without permission and failed to follow the instructions of the probation officer. Specifically, the defendant was instructed to complete the community service and submit a travel request before taking a planned trip to Nevada. The defendant made the trip without having completed the community service and without requesting permission to leave the district. The probation officer notes that the defendant is otherwise compliant with the conditions of probation, and recommends that the defendant be required to perform an additional 24 hours of community service as a sanction for the violations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

> The defendant shall perform an additional 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Thomas E. Sheppard |
| Robert K. Britt | Thomas E. Sheppard |
| Sr. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: August 4, 2015 |

### ORDER OF THE COURT

Considered and ordered this 5th day of August, 2015 and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge